### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CODY PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02745-DDC-TJJ |
| ) | |
| KALMAR SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Cody Patterson and Defendant Kalmar Solutions, LLC, in agreement, and stipulate to a dismissal with prejudice in the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

DATED: September 16, 2020

Respectfully submitted,

| JACKSON LEWIS P.C. | REAVEY LAW, LLC |
|---|---|
| */s/ Kyle B. Russell* | */s/ Kevin C. Koc* |
| Kyle B. Russell, KS Bar #20457 | Kevin C. Koc, KS Bar #24953 |
| Camille L. Roe, KS Bar #26104 | Patrick G. Reavey, KS Bar #17291 |
| 7101 College Blvd, Suite 1200 | The Livestock Exchange Bldg. |
| Overland Park, KS 66210 | 1600 Genessee, Suite 303 |
| Telephone: (913) 981-1018 | Kansas City, MO 64102 |
| Facsimile: (913) 981-1019 | Telephone: (816) 474-6300 |
| Kyle.Russell@jacksonlewis.com | Facsimile: (816) 474-6302 |
| Camille.Roe@jacksonlewis.com | kkoc@reaveylaw.com |
| | preavey@reaveylaw.com |
| ATTORNEYS FOR DEFENDANT | |
| | ATTORNEYS FOR PLAINTIFF |